**DISMISS; and Opinion Filed July 22, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00304-CV

**HENRY LEE CARTER PERKINS, Appellant**
**V.**
**ARTRINNA JEANETTE PERKINS, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-01146**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Justice Lang-Miers

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated March 5, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated March 5, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated June 25, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that he had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of

this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

140304F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HENRY LEE CARTER PERKINS,
Appellant

No. 05-14-00304-CV      V.

ARTRINNA JEANETTE PERKINS,
Appellee

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 13-01146.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and Justice Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ARTRINNA JEANETTE PERKINS recover her costs of this appeal from appellant HENRY LEE CARTER PERKINS.

Judgment entered this 22nd day of July, 2014.